IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**BROOKS TERRELL,**

    Petitioner,

v.                                           **CIVIL ACTION NO.: 3:24-CV-3**
                                                          **(GROH)**

**WARDEN LOVETTE,**

    Respondent.

### ORDER DISMISSING CASE WITHOUT PREJUDICE

On January 4, 2024, the *pro se* Petitioner initiated the above-styled habeas corpus action pursuant to 28 U.S.C. § 2241. ECF No. 1. Upon docketing the petition, the Clerk issued a Notice of Deficient Pleading and Intent to Dismiss which instructed the Petitioner that this action would be dismissed within 30 days because the Petitioner failed to file on the Court-approved form. ECF No. 2. The Clerk attached a copy of the Court-approved habeas corpus petition form to the Notice. ECF No. 2-1. Service of the notice was accepted on January 8, 2024. ECF No. 3.

More than thirty days have elapsed since the Court issued the Notice of Deficient Pleading and Intent to Dismiss. However, the Petitioner has failed to refile the petition on the Court-approved form, as directed.

Accordingly, it is **ORDERED** that 3:24-CV-3 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and retired from the docket of this Court.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to the Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet, and to any counsel of record by electronic means.

**DATED**: February 15, 2024

*[signature]*
GINA M. GROH
UNITED STATES DISTRICT JUDGE